UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANN PEARLINA BROWN, Individually and on behalf of all other persons similarly situated,

                          Plaintiff,

-against-

SIWANOY COUNTRY CLUB, INC.,

                          Defendant.

Case No. 7:23-cv-06399 (NSR)

**PROPOSED JUDGMENT**

---

WHEREAS on December 4, 2025, Defendant Siwanoy Country Club, Inc. ("Defendant") served on Plaintiff Ann Pearlina Brown ("Plaintiff") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), inclusive of Plaintiff's attorneys' fees, costs, disbursements, prejudgment interest, or any additional sums entitled to Plaintiff as of the date of the offer, in complete resolution of Plaintiff's claims against Defendant; and Plaintiff has filed Notice of Acceptance of the Offer of Judgment on December 4, 2025.

Accordingly, the Court hereby enters judgment in favor of Plaintiff, against Defendant in the total amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment.

The Clerk of the Court is directed to terminate all pending motions, adjourn all deadlines, and close the case.

SO ORDERED, on the ___ day of _____, 2025, New York, New York.

 

_____
Hon. Nelson S. Román
United States District Judge