UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANN PEARLINA BROWN, Individually and on behalf of all other persons similarly situated,

                      Plaintiff,

-against-

SIWANOY COUNTRY CLUB, INC.,

                      Defendant.

Case No. 7:23-cv-06399 (NSR)

**SATISFACTION OF JUDGMENT**

---

**WHEREAS**, a judgment was entered in the above action on the 8th day of December 2025 against Defendant Siwanoy Country Club, Inc. ("Defendant") in the amount of Fifteen Thousand Dollars and No Cents ($15,000.00) in favor of Plaintiff Ann Pearlina Brown ("Plaintiff"), inclusive of all damages, Plaintiff's reasonable attorneys' fees and costs incurred to the date of the offer made pursuant Fed. R. Civ. P. 68, in complete satisfaction of Plaintiff's claims as against Defendant (Doc. No. 48); and

**WHEREAS**, said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and respectfully directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: December 19, 2025
       New York, New York

Respectfully submitted,

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
*Plaintiff's Counsel*

On December 19, 2025, before me personally came DOUGLAS B. LIPSKY, known to me to be the individual described herein, and who executed the foregoing Satisfaction of Judgment, and duly acknowledged to be that he executed same.

_____
Notary Public

LIANNE P CHAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CH6316557
Qualified in Queens County
My Commission Expires December 15, 2026

2